IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BANKOLE QUADRI ADEMOLA, ) <br> ) <br> Petitioner, ) <br> ) Civil Action No. 3:25-277 <br> v. ) Judge Nora Barry Fischer <br> ) Magistrate Judge Keith A. Pesto <br> KRISTI NOEM, et al., ) <br> ) <br> Respondents. ) | |

## ORDER OF COURT

AND NOW, this 26th day of February, 2026, upon consideration of the Report and Recommendation of United States Magistrate Judge Keith A. Pesto dated January 12, 2026, (Docket No. 10), recommending that the § 2241 Petition filed by Bankole Quadri Ademola be denied as it is without merit and, alternatively, as moot, as it appears that Petitioner has been released from immigration custody or possibly removed from the United States, and the Magistrate Judge further directed that any objections be filed within 14 days such that objections were due from non-ECF users by January 29, 2026, no objections having been filed by the date of this Order, and upon independent review of the record and de novo consideration of the Magistrate Judge's Report and Recommendation of January 12, 2026, (Docket No. 10), which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that the Petition [4] is DENIED, for the reasons set forth in the Report and Recommendation. In addition, a search of the ICE Detainee Locator Tool indicates that Petitioner is not presently in ICE custody, lending further support for the recommendation that the Petition be denied, as moot. *See e.g.*, *Malik v. Warden Loretto FCI*, No. 23-2281, 2024 WL 3649570, at *2 (3d Cir. Aug. 5, 2024) dismissing § 2241 petition as moot as

petitioner was released from BOP custody); *Constantine v. United States*, No. 1:23-CV-22, 2023 WL 6811999, at *2 (W.D. Pa. Aug. 28, 2023), *report and recommendation adopted,* No. CV 23-22, 2023 WL 6810862 (W.D. Pa. Oct. 16, 2023) ("Since the BOP released Petitioner from its custody, there is no longer any habeas relief that this Court can provide."); *Bojang v. Pamela Bondi, et al.*, Civ. A. No. 3:24-152, Docket No. 38 (W.D. Pa. Sept. 26, 2025) (dismissing § 2241 petition challenging length of immigration custody, as moot, as petitioner had been deported);

IT IS FURTHER ORDERED that no certificate of appealability shall issue, *see Goodloe v. Warden Lewisburg USP*, 2025 WL 342189, *1, n.1 (3d Cir. 2025) (citing *Reese v. Warden Phila. FDC*, 904 F.3d 244, 246 (3d Cir. 2018) ("a federal prisoner challenging the denial of a § 2241 petition, he need not obtain a certificate of appealability");

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case CLOSED; and,

FINALLY, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

*s/ Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: United States Magistrate Judge Keith A. Pesto

cc: BANKOLE QUADRI ADEMOLA
A219592164
MOSHANNON VALLEY PROCESSING CENTER
555 GEO DRIVE
PHILIPSBURG, PA 16866 (via first class mail)

2